ROGER KIRNOS (SBN 283163)
rogerk@knightlaw.com
MAITE COLON (SBN 322284)
maitec@knightlaw.com
KNIGHT LAW GROUP, LLP
1025 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973

Attorneys for Plaintiff
NICHOLAS WEST

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS WEST,<br><br>            Plaintiff,<br>      vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 5:17-cv-02018-AB-FFM<br><br>Honorable Judge Andre Birotte<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nicholas West ("Plaintiff") and Defendant Ford Motor Company (collectively "the Parties"),

-1-
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

by and through their counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice. The Parties reached settlement of Plaintiff's claims in this case and all settlement checks have been issued.

IT IS SO STIPULATED:

Respectfully Submitted,

Dated: May 15, 2023                              **KNIGHT LAW GROUP, LLP**

                                                */s/ Roger Kirnos*
                                                Roger Kirnos
                                                Maite Colon
                                                Attorneys for Plaintiff
                                                NICHOLAS WEST

Dated: May 15, 2023                              **GORDON REES SCULLY MANSUKHANI LLP**

                                                */s/ Spencer P. Hugret*
                                                Spencer P. Hugret
                                                Attorneys for Defendant
                                                FORD MOTOR COMPANY

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

                                                */s/ Spencer P. Hugret*
                                                Spencer P. Hugret